1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

JAMISON MONACO, an individual,

                Plaintiff,

  v.

GEICO Advantage Insurance Company is a mutually owned insurance company doing business as "GEICO" in the State of Washington,

                Defendant.

No. 3:22-cv-05787-TMC

**STIPULATION FOR ORDER OF DISMISSAL**

**(Clerk's Action Required)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their attorneys of record, hereby stipulate to the dismissal of all claims with prejudice and without an award of attorneys' fees or costs to either party.

///

///

3:22-cv-05787-TMC
**STIPULATION AND ORDER OF DISMISSAL - 1**

WATHEN | LEID | HALL | RIDER, P.C.
222 E‍truria S‍treet
S‍eattle, W‍ashington  98109
(206) 622-0494/F‍ax (206) 587-2476

1

2  DATED this 30th day of August 2023.          DATED this 30th day of August 2023.

3  **WATHEN | LEID | HALL | RIDER, P.C.**          **Warrior Woman Law**

4  s/ William L. Weber III_____           s/Sunshine M. Bradshaw
   William L. Weber III, WSBA #28867              Sunshine M. Bradshaw, WSBA #40912
5  *Attorneys for Defendants*                     *Attorney for Plaintiff*
   222 Etruria Street                             569 Division Street, Suite D
6  Seattle, WA 98109                              Tel : (360) 550-5276
   Tel: (206) 622-0494 | Fax: (206) 587-2476      sunshine@warriorwomanlaw.com
7  wweber@cwlhlaw.com

8                                                 David LaCross, WSBA #31417
                                                  LaCross & Murphy PLLC
9                                                 559 Bay Street
                                                  Port Orchard, WA  98366
10                                                T : 360 895 1555
                                                  fdlacross@gmail.com

11

12

13

14

15

16

17

18

19

20

21

22

23

 3:22-cv-05787-TMC                                               WATHEN | LEID | HALL | RIDER, P.C.
**STIPULATION AND ORDER OF DISMISSAL - 2**                       222 ETRURIA STREET
                                                                 SEATTLE, WASHINGTON  98109
                                                                 (206) 622-0494/FAX (206) 587-2476

### ORDER

IN CONFORMITY with the foregoing Stipulation, IT IS HEREBY ORDERED that all claims brought, or that could have been brought, by Plaintiff against Defendants in the above-captioned matter are hereby DISMISSED WITH PREJUDICE.  Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED THIS 31st day of August 2023.

_____
Tiffany M. Cartwright
United States District Court Judge

*Presented by:*

**WATHEN | LEID | HALL | RIDER, P.C.**

/s William L. Weber III
William L. Weber III, WSBA #28867
*Attorneys for Defendants*
222 Etruria Street
Seattle, WA 98109
Tel: (206) 622-0494 | Fax: (206) 587-2476
wweber@cwlhlaw.com

*Approved:*

**Warrior Woman Law**
s/Sunshine M. Bradshaw
Sunshine M. Bradshaw, WSBA #40912
*Attorney for Plaintiff*
569 Division Street, Suite D
Tel : (360) 550-5276
sunshine@warriorwomanlaw.com

3:22-cv-05787-TMC
**STIPULATION AND ORDER OF DISMISSAL - 3**

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

1  David LaCross, WSBA #31417
LaCross & Murphy PLLC
2  559 Bay Street
Port Orchard, WA  98366
3  T : 360 895 1555
fdlacross@gmail.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

3:22-cv-05787-TMC
**STIPULATION AND ORDER OF DISMISSAL - 4**

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON  98109
(206) 622-0494/FAX (206) 587-2476